In re Estate of Theodore Thompson, Deceased.
Leona Thompson, Appellant, v. Willie Thompson, Administrator of Estate of Theodore Thompson, Deceased, Appellee.

Gen. No. 44,518.

opinion filed April 4, 1949; released for publication May 17, 1949. Marshall Solberg and Albert J. W. Appell, for appellant; Hansen & Hansen, for appellee; Leith M. Hansen, of counsel. Opinion by JUSTICE TUOHY. **Not to be published in full.**